UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 10324

---------------------------------------------------------------x

RANDOLPH-RAND CORPORATION, ) Civil Action No.
on behalf of itself and all others similarly )
situated, )
                                    Plaintiff, )  **CORPORATE DISCLOSURE**
                                              )  **STATEMENT**
          -against- )

YKK CORPORATION; YKK CORPORATION )
OF AMERICA; YKK (U.S.A.) INC.; YKK )
SNAP FASTENERS AMERICA, INC.; )
WILLIAM PRYM GMBH & CO., KG; PRYM )
CONSUMER USA, INC.; PRYM FASHION, )
INC.; COATS PLC; COATS NORTH AMERICA )
DE REPUBLICA DOMINICANA, INC.; and )
SCOVILL FASTENERS, INC., )
                                  Defendants. )
---------------------------------------------------------------x



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Randolph-Rand Corporation, by and through its attorney, makes the following corporate disclosure statement:

Randolph-Rand Corporation has no parent company and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       November 14, 2007

                                                      POMERANTZ HAUDEK BLOCK
                                                      GROSSMAN & GROSS

                                                      By: _____
                                                         Michael M. Buchman, Esq.
                                                         J. Douglas Richards, Esq.
                                                         100 Park Avenue, 26th Floor
                                                         New York, NY 10017
                                                         Telephone: (212) 661-1100
                                                         Facsimile: (212) 661-8665

David Jaroslawicz
**JAROSLAWICZ & JAROS, LLC**
225 Broadway, 24th floor
New York NY 10007
Telephone: (212) 227-2780
Facsimile: (212) 227-5090