**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RANDOLPH-RAND CORP., on behalf of itself
and all others similarly situated,

        Plaintiff

v.

YKK CORP., et al.,

        Defendants.

Civil Action No.
07-CIV-10324 (DC)

---

### STIPULATION OF EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT

    COME NOW Plaintiff and Defendants Coats plc and Coats North America de Republica Dominicana, Inc. ("Defendants"), in the above-styled civil action, and by and through their undersigned counsel, hereby stipulate that the time within which the Defendants must file a response to the Class Action Complaint is extended through and including January 7, 2008. If any answer or other responsive pleading is filed by Defendants in any other action arising out of the same transactions and occurrences before January 7, 2008, or if any documents are produced in such action, Defendants will file their answer or responsive pleading, and shall produce such documents, in this matter concurrently.

    By entering into this stipulation, Defendants have not waived their rights with respect to any potential defenses in this litigation, including but not limited to assertion of jurisdictional defenses, except as to the sufficiency of service of process.

2

So stipulated, this 19th day of December, 2007.

POMERANTZ HAUDEK BLOCK    By: _____
 GROSSMAN & GROSS                Michael M. Buchman
100 Park Avenue
New York, NY 10017
(212) 661-1100

Attorneys for Plaintiff

SIMPSON THACHER & BARTLETT LLP   By: _____
425 Lexington Avenue                  Joseph F. Wayland
New York, NY 10017
(212) 455-2000

Attorneys for Defendants Coats plc and Coats
 North America de Republica Dominicana, Inc.


SO ORDERED.

_____

12/21/07