UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDOLPH-RAND CORP., on behalf of itself
and all others similarly situated,

    Plaintiff,

v.

YKK CORP., ET AL.

    Defendants.

Civil Action No.
07-cv-10324

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2008

**STIPULATION EXTENDING TIME TO RESPOND TO CLASS ACTION COMPLAINT**

    COME NOW Plaintiff and Defendant, Scovill Fasteners, Inc., in the above-styled civil action, and by and through their undersigned counsel, hereby stipulate that the time within which Defendant Scovill Fasteners, Inc. must file a response to the Class Action Complaint, is extended through and including January 7, 2008.

    So stipulated, this 31st day of December, 2007.

POMERANTZ, HAUDEK, BLOCK,
GROSSMAN & GROSS, LLP
100 Park Avenue, 26th Floor
New York City, New York 10017
Telephone: (212) 661-1100
Fax: (212) 661-8665

By: _/s/ Michael M. Buchman_ (with express permission per Mark A. Rogers)
Michael M. Buchman

Counsel for Randolph-Rand Corp.

SMITH, GAMBRELL & RUSSELL, LLP
1230 Peachtree St NE
Suite 3100, Promenade II
Atlanta, Georgia 30309
Telephone: (404) 815-3500
Fax: (404) 815-3509

By: _/s/ Mark A. Rogers_
Mark A. Rogers

Counsel for Scovill Fasteners, Inc.

SO ORDERED.

_/s/_
Honorable Denny Chin

1/3/08