**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RANDOLPH-RAND CORPORATION, on behalf of itself and all others similarly situated,<br><br>v.<br><br>YKK CORPORATION; et al. | Civil Action No.<br>07-CIV-10324 |

### STIPULATION OF EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT

COME NOW Plaintiff and Defendants, William Prym GmbH & Co. KG, Prym Consumer USA, Inc., Prym Fashion, Inc., YKK Corporation of America Inc., YKK (U.S.A.) Inc., YKK Snap Fasteners America, Inc., Coats plc, Coats North America de Republica Dominicana, Inc., and Scovill Fasteners Inc ("Defendants"), in the above-styled civil action, and by and through their undersigned counsel, hereby stipulate that the time within which the Defendants must file a response to the Class Action Complaint is hereby extended until at least 45 days after: (1) the Panel on Multidistrict Litigation rules on the pending motions and (2) Plaintiff files and serves a consolidated class action complaint. If any answer or other responsive pleading is filed by Defendants in any other action arising out of the same transactions or occurrences before the date required by this stipulation, or if any documents are produced in such action, Defendants will file their answer or responsive pleading, and shall produce such documents, in this matter concurrently. In no event shall the Defendants' time to respond to the class action complaint or a consolidated class action complaint, if any, be due prior to the time that a response is due for any defendant that is not a party to this stipulation, except that not more than 30 days shall thereby be added to the time that Defendants would otherwise be required to respond pursuant to this stipulation.

By entering into this stipulation, Defendants have not waived their rights with respect to any potential defenses in this litigation, including but not limited to assertion of jurisdictional defenses, except as to the sufficiency of service of process.

2

So stipulated, this 14th day of January, 2008.

POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP
100 Park Avenue, 26th Floor
New York, NY 10017
(212) 661-1100
mbuchman@pomlaw.com

*Attorneys for Plaintiff*

By: _____
Michael M. Buchman

Joseph F. Wayland
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jwayland@stblaw.com

*Attorneys for Defendants Coats plc, and Coats North America de Republica Dominicana, Inc.*

By: _____
Joseph F. Wayland (JW 7949)

Scott Martin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
scott.martin@weil.com

*Attorneys for Defendants William Prym GmbH & Co. KG, Prym Consumer USA, Inc., and Prym Fashion, Inc.*

By: _____
Scott Martin (SM 7373)

John Shin
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6844
jshin@morganlewis.com

*Attorneys for Defendants YKK Corporation of America Inc., YKK (U.S.A.) Inc., and YKK Snap Fasteners America, Inc.*

By: _____
John Shin (JS 1970)

2

So stipulated, this 14th day of January, 2008.

POMERANTZ HAUDEK BLOCK GROSSMAN   By: _____
& GROSS LLP             Michael M. Buchman
100 Park Avenue, 26th Floor
New York, NY 10017
(212) 661-1100
mbuchman@pomlaw.com

*Attorneys for Plaintiff*

Joseph F. Wayland         By: _____
SIMPSON THACHER & BARTLETT LLP    Joseph F. Wayland (JW 7549)
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jwayland@stblaw.com

*Attorneys for Defendants Coats plc, and Coats North America de Republica Dominicana, Inc.*

Scott Martin            By: _____
WEIL, GOTSHAL & MANGES LLP     Scott Martin (SM 7373)
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
scott.martin@weil.com

*Attorneys for Defendants William Prym GmbH & Co. KG, Prym Consumer USA, Inc., and Prym Fashion, Inc.*

John Shin             By: _____
MORGAN LEWIS & BOCKIUS LLP     John Shin (JS 1970)
101 Park Avenue
New York, NY 10178
(212) 309-6844
jshin@morganlewis.com

*Attorneys for Defendants YKK Corporation of America Inc., YKK (U.S.A.) Inc., and YKK Snap Fasteners America, Inc.*

3

John G. Despriet  
SMITH, GAMBRELL & RUSSELL, LLP  
1230 Peachtree Street, NE  
Promenade II, Suite 3100  
Atlanta, Georgia 30309-3592  
(404) 815-3500  
jdespriet@sgrlaw.com

By: *[signature]*  
John G. Despriet  
*(Pro Hac Vice Application to be Submitted)*

*Attorneys for Defendant Scovill Fasteners, Inc.*

SO ORDERED.

*[signature]*

US DJ  
1/22/08