

A CERTIFIED TRUE COPY
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR - 5 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FASTENERS ANTITRUST LITIGATION                MDL No. 1912

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On February 27, 2008, the Panel transferred four civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable R. Barclay Surrick.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Surrick.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of February 27, 2008, and, with the consent of that court, assigned to the Honorable R. Barclay Surrick.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**         **CASE CAPTION**

CALIFORNIA CENTRAL
  CAC  2    07-8223    Ohio Travel Bag, Inc. v. YKK Corp., et al.
  CAC  2    08-28      Fojut Investments, LLC, etc. v. William Prym GmbH & Co., KG, et al.
  CAC  2    08-623     Jolna Apparel Group LLC v. Coats PLC, et al.

GEORGIA NORTHERN
  GAN  1    07-3000    Harvey's Divesuits v. William Prym GmbH & Co., KG, et al.
  GAN  1    08-312     Olympia Ltd., Inc. v. William Prym GmbH & Co., KG, et al.

NEW YORK SOUTHERN
  NYS  1    07-10324   Randolph Rand Corp. v. YKK Corp., et al.
  NYS  1    07-10459   Immersion Research, Inc. v. William Prym GmbH & Co., KG, et al.
  NYS  1    07-10641   Joseph Abboud Manufacturing Corp. v. William Prym GmbH & Co., KG, et al.
  NYS  1    07-10662   Alliance Thread & Supply, Inc. v. William Prym GmbH & Co., KG, et al.
  NYS  1    08-51      Juno Knitting Mills, Inc. v. William Prym GmbH & Co., KG, et al.